THE WHITEHILL ENGINE AND PICTET ICE MACHINE COMPANY, Respondent, *v.* JULIUS BINZ, Impleaded, etc., Appellant.

*Whitehill Engine & P. I. M. Co.* v. *Binz,* 83 Hun, 613, affirmed.
(Submitted January 14, 1898; decided February 1, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered December 13, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*James & Thomas H. Troy* for appellant.

*Charles J. Patterson* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

ROBERT J. DEAN et al., Appellants and Respondents, *v.* AUGUST M. COLLIGNON, Impleaded, etc., Appellant, and PETER C. COLLIGNON, Respondent.

*Dean* v. *Collignon,* 84 Hun, 605, affirmed.
(Argued January 14, 1898; decided February 1, 1898.)

APPEAL by plaintiffs from a judgment of the late General Term of the Supreme Court in the first judicial department, entered January 26, 1895, which affirmed a judgment in favor of Peter C. Collignon, defendant, entered upon a verdict; also, appeal by August M. Collignon, defendant, from a judgment of the same General Term, entered January 22, 1895, which affirmed a judgment against him in favor of plaintiffs entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Lyman E. Warren* for plaintiffs.

*Robert W. Todd* for A. M. Collignon, appellant.

*Louis Steckler* for P. C. Collignon, respondent.

Judgments affirmed, with costs; no opinion.
Concur: GRAY, O'BRIEN, MARTIN, VANN, JJ. Not sitting: PARKER, Ch. J. Not voting: BARTLETT, HAIGHT, JJ.